FILED
December 14, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-15-00593-CV

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

CAROLYN BARNES, ET AL, APPELLANT

V.

GUILFORD JONES, JOHN DELANEY, ELIZABETH CUNNINGHAM,
and MARTY GRIFFIN, APPELLEES

MOTION TO DESIGNATE AND CLARIFY RECORD FOR APPEAL

On Appeal From Cause No. D-1-GN-15-000877

From The 419th Judicial District Court Of Travis County, Texas
The Honorable Orlinda Naranjo Presiding

Carolyn Barnes, J.D., Ph.D.
419 Indian Trail
Leander, Texas 78641
(281)467-8681
Barnes.legalguidance@gmail.com

RECEIVED
DEC 14 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1

# IDENTITY OF PARTIES AND COUNSEL

Appellant:

Carolyn Barnes
419 Indian Trail
Leander, Texas 78641
(281) 467-8681
Barnes.legalguidance@gmail.com

Appellees:

Guilford Jones
John Delaney
Elizabeth Cunningham
Marty Griffith
Texas Department of Health Services
Attorney General Ken Paxton
Third Court of Appeals
Supreme Court of Texas

Counsel for Appellees:

KEN PAXTON
Attorney General of Texas
CHARLES E. ROY
First Assistant Attorney General
JAMES E. DAVIS
Deputy Attorney General for Civil Litigation
KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division
DEMETRI ANASTASIADIS
Assistant Attorney General
Attorney-In-Charge
Texas State Bar No. 01164480
Demetri.Anastasiadis@texasattorneygeneral.gov

## MOTION TO DESIGNATE AND CLARIFY RECORD FOR APPEAL

Appellant had filed a Motion for New Trial on September 17, 2015 with respect to the summary dismissal under Rule 91a of JONES, DELANEY, CUNNINGHAM, GRIFFIN, TEXAS DEPARTMENT OF STATE HEALTH SERVICES, ATTORNEY GENERAL, THIRD COURT OF APPEALS, and SUPREME COURT OF TEXAS.

On November 5, 2015, Appellant filed a Notice of Appeal on the summary dismissal under Rule 91a of JONES, DELANEY, CUNNINGHAM, GRIFFIN, TEXAS DEPARTMENT OF STATE HEALTH SERVICES, ATTORNEY GENERAL, THIRD COURT OF APPEALS, and SUPREME COURT OF TEXAS.

The appeal seems to have been docketed three times.

03-15-00593-CV docketed on September 17, 2015.[1]

03-15-00605-CV docketed on September 29, 2015.

03-15-00630-CV docketed sometime after November 5, 2015 when the Notice of Appeal was filed.

---

[1] On September 17, 2015, this cause was docketed in the Third Court of Appeals under Cause No. 03-15-00593. The letter advising of the assignment of the case number included Michelle Borynski; however, the Order granting the summary motion to dismiss under Chapter 13 filed by Dr. Michelle Borynski was not signed until October 30, 2015. Therefore, Michelle Borynski is not included in these appeals and will be the subject of a subsequent appeal with Gail Johnson. Michelle Borynski and Gail Johnson were the subject of a separate order and the notice of appeal on that October 30, 2015 Order was not filed until November 27, 2015.

Appellant requests for the sake of designation and clarity that the case numbers on appeal should be reassigned to the 8 listed Appellees as follows so that the appellate court is dealing with similar issues at one time.

03-15-00593-CV should be reassigned to the four individuals who were sued only in their individual capacities and who were granted immunity and the case was dismissed under a Rule 91a motion; to-wit: GUILFORD JONES, JOHN DELANEY, ELIZABETH CUNNINGHAM, and MARTY GRIFFIN.

03-15-00605-CV should be reassigned to the State agencies who were served through their administrative heads in their official capacity only; to-wit: TEXAS DEPARTMENT OF STATE HEALTH SERVICES and TEXAS ATTORNEY GENERAL.

03-15-00630-CV should be reassigned to the two appellate courts; to-wit: THIRD COURT OF APPEALS and SUPREME COURT OF TEXAS, who were also served through their administrative heads in their official capacities.

This re-assignment and clarification of the record would separate out the individuals from the State agencies and keep the judicial branch immunity separated from the agency issues.

This separation, designation, and clarification will hone in more precisely on the issues present as to these respective appellees and not convolute the issues on appeal.

The briefing will be more focused and streamlined so that the appellate court is dealing with specific issues unique to these three sets of appellees rather than sorting through extraneous and irrelevant matters that would only be relevant to a few of these individuals or agencies and not to all of them.

Therefore, for better clarity, efficiency, and purposes of appeal, the Appellant requests the following:

(1) The appellate case under No. 03-15-00593-CV shall only bear the names of GUILFORD JONES, JOHN DELANEY, ELIZABETH CUNNINGHAM, and MARTY GRIFFIN as the Appellees on appeal and will only deal with the matters pertaining to GUILFORD JONES, JOHN DELANEY, ELIZABETH CUNNINGHAM, and MARTY GRIFFIN;

(2) The appellate case under No. 03-15-00605-CV shall only bear the names of TEXAS DEPARTMENT OF STATE HEALTH SERVICES and TEXAS ATTORNEY GENERAL as the Appellees on appeal and will only deal with the matters pertaining to TEXAS DEPARTMENT OF STATE HEALTH SERVICES and TEXAS ATTORNEY GENERAL;

(3) The appellate case under No. 03-15-00630-CV shall only bear the names of THIRD COURT OF APPEALS and SUPREME COURT OF TEXAS as the Appellees on appeal and will only deal with the matters pertaining to THIRD COURT OF APPEALS and SUPREME COURT OF TEXAS.

## RELIEF REQUESTED

Movants request that the Court grant the Motion to Designate and Clarify Record for Appeal, and grant all other relief requested herein. Movants request that the Court award all other relief as the Court deems just and proper.

Respectfully submitted,

Carolyn Barnes
419 Indian Trail
Leander, TX 78641
281 467 8681
barnes.legalguidance@gmail.com

By: _____
Carolyn Barnes

6

# JURAT

COUNTY OF WILLIAMSON

STATE OF TEXAS

Pursuant to Texas Civil Practices and Remedies Code Sec. 132.001, I, Carolyn Barnes, do hereby swear and affirm that the facts stated above are true and correct based on personal knowledge.

I aver that "My name is Carolyn Barnes, my date of birth is January 12, 1957, and my address is 419 Indian Trail, Leander, Texas 78641 in the United States of America. I swear under penalty of perjury that all the facts stated herein are within my personal knowledge and true and correct.

I have read the foregoing Motion to Designate and Clarify Record for Appeal and the facts stated within that are not verified by the record are true and correct to the best of her knowledge.

SWORN TO BEFORE ME ON THIS 14th day of December, 2015.

By: _____
Carolyn Barnes

## CERTIFICATE OF CONFERENCE

Appellant has conferred with opposing counsel by sending him a copy of this motion and asking if he is in agreement or if he has any objections. He responded with "opposed." DEMETRI ANASTASIADIS has previously informed Appellant that he, on behalf of the Texas Attorney General and all the clients they purport to represent in their clear conflict of interest, will oppose any and all motions filed by Appellant or any requests made by Appellant. It is not likely that position will change considering the gross ethical violations committed by these licensed attorneys in this case to obstruct justice. The employees of the Texas Attorney General continue to obstruct justice and continue to hide, withhold, and refuse to produce records and documents pursuant to an open records requests concerning the over $5,000.00 bribe paid to KATHLEEN GITELL for her aggravated perjury from misappropriated State funds. Perhaps this is their way of pleading the 5th. It is a clear violation of the law for the Attorney General to send itself a letter seeking to keep public records from Appellant simply because it would prove they are accomplices to criminal activity in this State.

_____
Carolyn Barnes

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing document has been served pursuant to Rule 21a of the Texas Rules of Civil Procedure on all counsel of record on this the 14th day of December 2015.